**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 22-11560-ELF |
| | ) | |
| Miguel Morales and | ) | |
| Milagros Padilla, | ) | |
| | ) | |
| Debtors | ) | CHAPTER 13 |

**OBJECTION OF EXETER FINANCE, LLC
TO CONFIRMATION OF DEBTORS' PROPOSED PLAN**

Exeter Finance, LLC ("EXFC"), by and through its attorneys, Mester & Schwartz, P.C., files **Objection to Confirmation of Debtors' Proposed Plan** and states:

1. On July 11, 2020, Debtors Miguel Morales and Milagros Padilla, entered into a Retail Installment Sales Contract in the principal amount of $23,503.32 (the "Contract") that referred and related to the purchase of a 2017 GMC Terrain Utility 4D SLT AWD 2.4L I4, V.I.N. 2GKFLUEK6H6269551 (the "Motor Vehicle").

2. The interest rate under the Contract is 14.81% *per annum*.

3. EXFC is the assignee of the Contract.

4. To secure the Contract, Debtors Miguel Morales and Milagros Padilla granted a first lien on the Motor Vehicle in favor of EXFC.

5. On June 15, 2022, Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

6. On June 15, 2022, Debtor filed a Proposed Plan (the "Plan").

7. The Chapter 13 Trustee has scheduled a Meeting of Creditors for August 10, 2022.

8. The plan lists the amount of the claim at $18,502.20 at 0.00% interest.

9. Pursuant to 11 U.S.C. §1325, a vehicle purchased within 910 days preceding the date of the filing of the petition, and collateral for that debt consists of a motor vehicle acquired for personal use of the Debtors, said claim shall not be valued under 11 U.S.C. §506. In the case at hand, the Vehicle was purchased on July 11, 2020 is a purchase money security interest, and is used for

Debtors' personal use. Therefore EXFC asserts its claim should be allowed as fully secured.

10.    As of the petition date, the balance on EXFC's claim was $26,459.45.

11.    A proposed 0.000% interest rate is inconsistent with <u>Till v. SCS Credit Corp.</u>, 541 U.S. 405 (2004).

12.    EXFC is entitled to a secured claim of $26,459.45 at 5.75%.

13.    For the foregoing reasons, EXFC objects to confirmation of the Plan.

WHEREFORE **Exeter Finance, LLC**, respectfully requests this Honorable Court to deny confirmation of the Plan.

Respectfully submitted,

Mester & Schwartz, P.C.

BY: /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire

1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036
Attorney for
Exeter Finance, LLC

Dated: June 30, 2022