**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

Miguel Morales and Milagros Padilla,

Debtors.

Case No. 22-11560-amc

Chapter 13

**Order Directing State Farm Insurance**
**to Satisfy Claim No. 1 of Exeter Finance LLC**

**AND NOW**, upon consideration of the *Motion to Direct State Farm Insurance to Satisfy Claim No. 1 of Exeter Finance LLC* filed by Debtors Miguel Morales and Milagros Padilla, after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Within fourteen days after entry of this order, State Farm Insurance must pay:

   a. $8,444.49 to Exeter Finance LLC to satisfy Claim No. 1, and

   b. $4,304.45 to the Debtors, all of which is exempt property under 11 U.S.C. 522(d)(2).

3. Within fourteen days after receipt of the above payment, Exeter must release its lien on the 2017 GMC Terrain, VIN 2GKFLUEK6H6269551 (the "Vehicle") and turn over the certificate of title to State Farm.

4. Notwithstanding the provisions of the confirmed chapter 13 plan, the trustee must not make further distributions on account of Claim No. 1.

5. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is modified to the extent necessary for Exeter to comply with this order.

6. The court retains jurisdiction to interpret and enforce this order.

Date: March 12, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:    Exeter Finance LLC
       c/o AIS Portfolio Services LP
       4515 N. Santa Fe Ave. Dept. APS
       Oklahoma City, OK 73118

       State Farm Insurance
       One State Farm Plaza
       Bloomington, IL 61710